IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GOD LIFE A. MUHAMMAD,<br><br>Plaintiff(s). | No. C 09-3539 CRB (PR)<br><br>ORDER OF DISMISSAL |

    Plaintiff has filed a letter which the court construes as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1) and, pursuant thereto, the above-captioned matter is DISMISSED without prejudice. See American Soccer Co. v. Score First Enters., 187 F.3d 1108, 1110 (9th Cir. 1999) (plaintiff's "absolute right" to dismiss his action voluntarily before defendants serve answer or motion for summary judgment leaves no role for court to play).

    The clerk shall enter judgment in accordance with this order and close the file.

SO ORDERED.

DATED:  Sept. 3, 2009

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.09\Muhammad, G1.dismissal.wpd